77 So.2d 922

John T. DABBS, Sr.

v.

STATE.

7 Div. 307.

Court of Appeals of Alabama.

·June 1, 1954.

Rehearing Denied June 15, 1954.

Roy D. McCord, Gadsden, for appellant.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

Certiorari denied, 263 Ala. 207, 82 So.2d 270.